(No. 6190—

Treck Photographic, Inc., Claimant, *vs.* State of Illinois, Secretary of State, Respondent.

*Opinion filed August 30, 1971.*

Treck Photographic, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.